**98-20.   State v. Nields.**

Hamilton C.P. No. B9703305.   This cause is pending before the court as an appeal from the Court of Common Pleas of Hamilton County.   Upon consideration of appellant's motion for order suspending briefing time pending the filing of transcript of proceedings,

IT IS ORDERED by the court that the motion for an order suspending briefing time pending the filing of transcript of proceedings be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the briefing schedule under S.Ct.Prac.R. XIX(5)(A) shall commence when the Clerk of the Supreme Court receives and files the transcript of proceedings from the trial court.

**98-161.   Trissell v. Bethel Twp. Bd. of Trustees.**

Miami App. No. 97CA35.   This cause is pending before the court as a discretionary appeal.   Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

LUNDBERG STRATTON, J., dissents.

## MISCELLANEOUS DISMISSALS

**97-1876.   State ex rel. Gannett Satellite Info. Network, Inc. v. Petro.**

In Mandamus.   On March 4, 1998, this court ordered relator to file additional evidence in support of its request for attorney fees.   On March 12, 1998, a stipulated entry of settlement and dismissal was filed in which the parties to this cause stipulated to a settlement and dismissal of this matter.   Upon consideration thereof,

IT IS ORDERED by the court that this matter be, and hereby is, dismissed.

DOUGLAS, J., not participating.

**98-309.   Bramley v. Painesville.**

Lake App. No. 97-L-038.   This cause is pending before the court as a discretionary appeal and cross-appeal.   It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response and in support of cross-appeal, due March 16, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal of Eugene Bramley be, and hereby is, dismissed *sua sponte.*

The appeal of Administrator, Bureau of Workers' Compensation et al. remains pending.